IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**FRANK GOINES II,**

        **Plaintiff,**

**v.**                                          Civil Action No.:  1:23-CV-83

**THUNDER NICHOLSON, individually and
in his official capacity as a Trooper for the
West Virginia State Police, JOHN WYATT,
Individually and in his official capacity as
a Trooper for the West Virginia State Police, and
JEREMY FARLING, individually and in his official
capacity as a Sheriff Deputy for the Preston
County Sheriff's Department,**

        **Defendants.**

## DISMISSAL ORDER

On this day came Plaintiff Frank Goines, II and Defendants Thunder Nicholson, John Wyatt and Jeremy Farling, by counsel, and advised the Court that all matters in controversy have been resolved between Plaintiff and Defendants and that Plaintiff wishes to dismiss this matter against Defendants, with prejudice.  Accordingly, the Court hereby **ORDERS** that this matter be **DISMISSED,** with prejudice, as to Defendants Thunder Nicholson, John Wyatt, and Jeremy Farling.

24238960.1

The Court further directs that a copy of this Order be sent to all counsel of record and unrepresented parties.

ENTERED this  11th  day of   December        , 202 4   .

*Tom S Kleeh*
The Honorable Thomas S. Kleeh, Judge

AGREED TO BY:


/s/ J. Bryan Edwards [w/permission]
J. Bryan Edwards, Esq. (W. Va. Bar #6886)
Cranston & Edwards, PLLC
1200 Dorsey Ave, Suite II
Morgantown, WV 26501
304-296-3500 Telephone
bedwards@cranstonedwards.com
*Counsel for Plaintiff*


/s/ Tiffany R. Durst [w/permission]
Tiffany R. Durst, Esq. (W. Va. Bar # 7441)
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
2414 Cranberry Sq.
Morgantown, WV 26508
304-225-2200 Telephone
tdurst@pffwv.com
*Counsel for Defendant Farling*


/s/ Michael D. Mullins
Michael D. Mullins (W. Va. Bar #7754)
Steptoe & Johnson PLLC
Eight Floor, Chase Tower
P.O. Box 1588
Charleston, WV 25326
304-353-8000 Telephone
Michael.Mullins@steptoe-johnson.com
*Counsel for the Defendants*
*Thunder Nicholson and John Wyatt*

2

24238960.1